IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-435-GPM |
| ) | |
| $31,000 UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT AND DECREE FOR FORFEITURE

**MURPHY, Chief District Judge:**

On June 16, 2005, a verified complaint for forfeiture was filed against a defendant described as "$31,000.00 UNITED STATES CURRENCY" on behalf of the United States of America. The complaint alleges that said defendant constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, is punishable by more than one (1) year's imprisonment, and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

Process was fully issued in this action and returned according to law. Pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized the property on January 27, 2005. On June 29, 2005, July 6, 2005, and July 13, 2005, notice of this action was published in the Edwardsville Intelligencer newspaper, and the Certificate of Publication was filed with this Court on October 20, 2005.

Derick Taylor and all interested parties were defaulted for failure to file a claim or answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime

Claims.

Accordingly, on Plaintiff's motion (Doc. 12), the property described as: **$31,000.00 UNITED STATES CURRENCY** is hereby **FORFEITED** to the United States of America, and no right, title, or interest in the property shall exist in any other party except as stated below. The property shall be disposed of according to law by the United States Marshal.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, United States of America, and against Defendant.

The Clerk is **DIRECTED** to mail a copy of this Judgment and Decree for Forfeiture to Derick Taylor, 44625 13th Street East, Lancaster, CA 92525-3402, and to Donald L. Stansbarger, 113 W. Torrance Blvd., Pier Plaza, Redondo Beach, CA 90277.

**IT IS SO ORDERED.**

DATED: 02/17/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge